# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RED'S SPECIALIZED CARRIERS LLC, EFRAIN ROJAS LONGORIA, and ANA LAURA ROJAS,<br><br>Defendants. | Case No. 8:24-cv-02574-FWS-DFM<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On February 10, 2025, the court granted in substantial part Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendants Red's Specialized Carriers LLC ("Red's"), Efrain Rojas Longoria ("Longoria"), and Ana Laura Rojas ("Rojas") (collectively, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the amount of **$55,834.92**, which represents:
    a. Compensatory damages of $53,857.08 on the First EFA; and
    b. Prejudgment interest of $1,977.84 on the First EFA.
2. In addition, judgment is entered in this matter in favor of Balboa and against Red's and Longoria, jointly and severally, in the amount of **$173,744.59**, which represents:
    a. Compensatory damages of $159,315.34 on the Second EFA;
    b. Prejudgment interest of $5,761.80 on the Second EFA;
    c. Attorney fees in the amount of $7,863.45; and
    d. Costs in the amount of $804.00.
3. The Clerk is **ORDERED** to enter this Judgment forthwith.

DATED: February 10, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE